# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FIRST AMERICAN TITLE INSURANCE COMPANY,

        Plaintiff,

vs.

LORI ALLEN-COOK, *et al.*,

        Defendants.

Case No.: 2:16-cv-01272-GMN-CWH

**ORDER**

      Pending before the Court is the Report and Recommendation, (ECF No. 47), of United States Magistrate Judge Carl W. Hoffman, which recommends that Defendants J. Scott MacDonald and MacDonald & Associates, Ltd.'s Motion for Determination of Good Faith Settlement, (ECF No. 30), be granted.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 47), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendants J. Scott MacDonald and MacDonald & Associates, Ltd.'s Motion for Determination of Good Faith Settlement, (ECF No. 30), is **GRANTED**.  The parties are thereby afforded the protection of Nevada Revised Statute 17.245, including but not limited to, dismissal of any claims for equitable indemnity and contribution in this matter.

**IT IS FURTHER ORDERED** that the claims against Defendants J. Scott MacDonald and MacDonald & Associates, Ltd. are dismissed with prejudice.

**DATED** this __19__ day of September, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court