**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:16-cv-01272-GMN-CWH |
| vs. | ) ) | **ORDER** |
| LORI ALLEN-COOK, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the court on non-party Fidelity National Title Insurance Company's ("Fidelity") failure to respond to the court's order to show cause (ECF No. 49). The order to show cause required Fidelity to explain why its motion to intervene should not be denied as moot. (*Id.*) The order advised Fidelity that the motion to intervene would be denied as moot if Fidelity did not respond to the order to show cause by October 4, 2017. (*Id.*) Given that Fidelity did not respond to the order to show cause, Fidelity's motion to intervene (ECF No. 36) is denied as moot.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiff First American Title Insurance Company must file a status report regarding Defendant Lori Allen-Cook's bankruptcy by October 31, 2017. Given that the only remaining defendant who has appeared in this case is Allen-Cook, the status report should include a statement of Plaintiff's intentions with respect to the claims against Allen-Cook.

DATED: October 11, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**